AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**Sealed**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:17-mj-00661-CMM |
| | ) | |
| | ) | EASTERN DISTRICT OF CALIFORNIA |
| | ) | CASE No. 5:17-mj-00034-JLT |
| BUSTER HERNANDEZ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Buster Hernandez ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One: From on or about between September 4, 2014, to on or about January 22, 2016, within the Southern District of Indiana, and elsewhere, BUSTER HERNANDEZ, sexually exploited Victim 1, a child who is less than 12 years of age, by using her to create visual depictions of a minor engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2251(a);

Count Two: On or about December 17, 2015, within the Southern District of Indiana, and elsewhere, BUSTER HERNANDEZ, used an instrument of interstate commerce, willfully made a threat, or maliciously conveyed false information knowing the same to be false, concerning an attempt or alleged attempt being made, or to be made, to kill, injure, or intimidate, any individual or unlawfully to damage or destroy any building, or other real or personal property by means of fire or an explosive, in violation of Title 18, United States Code, Section 844(e); and

Count Three: On or about December 17, 2015, within the Southern District of Indiana, and elsewhere, BUSTER HERNANDEZ, transmitted in interstate commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875.

Date: August 1, 2017

*Issuing officer's signature*

City and state:   Indianapolis, IN           Craig McKee, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/1/2017 , and the person was arrested on *(date)* 8/3/2017
at *(city and state)* Bakersfield, CA

Date: 8/3/2017

*Arresting officer's signature*

SA Andrew Willman
*Printed name and title*