# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California



FILED
AUG 0 4 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*Plaintiff* )<br>v. )<br>BUSTER HERNANDEZ )<br>*Defendant* ) | Case No. 5:17-mj-00034-JLT |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

BUSTER HERNANDEZ

Date:  08/04/2017

_____
*Attorney's signature*

Alexia Torres   #296418
*Printed name and bar number*

1318 "K" Street
Bakersfield, CA 93301
*Address*

lextorres@lawtorres.com
*E-mail address*

(661) 326-0857
*Telephone number*

(661) 326-0936
*FAX number*