**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
2500 Tulare Street
Fresno, CA 93721**

August 4, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
46 EAST OHIO ST
INDIANAPOLIS, IN 46204

| | |
|---|---|
| **RE:** | USA vs. BUSTER HERNANDEZ |
| **USDC No.:** | 5:17–MJ–00034–JLT |

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated August 04, 2017 , transmitted herewith are the following documents:

**Electronic Documents: 1 to 7**

Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Thank you,

/s/ **S. Hall**
Deputy Clerk

DATE RECEIVED: _____

RECEIVED BY: _____
*(Print Name)*

NEW CASE NUMBER: _____